UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Lynnette Jacobs | § § | |
| *versus* | § § | Civil Action 4:24–cv–04983 |
| Donald Ross, et al. | § § | |

# NOTICE OF DEFICIENT PLEADING

The court has received pleading(s) from the plaintiff but finds the pleading(s) deficient. To correct the deficient pleading(s), within 30 days of the date of this notice, the plaintiff must comply with the following instruction(s). **Title the filing *Compliance*.**

> Pay a fee of $405.00 or provide an application to proceed in forma pauperis. The applicant is instructed to attach a certified copy of his inmate trust fund account history containing the deposits and monthly balances for the six month period preceding the filing of this lawsuit. The applicant is advised to request a certified copy of his trust account from the unit law librarian.

> The Plaintiff is instructed to complete the enclosed Amended Civil Rights Complaint form and return the completed form to the Court.

**If the plaintiff fails to comply on time, the court may dismiss this case for want of prosecution. FED. R. CIV. P. 41(b).**

Date: December 19, 2024.

By Deputy Clerk
Nathan Ochsner, Clerk