United States District Court
Southern District of Texas
**ENTERED**
January 22, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LYNNETTE JACOBS, BOP #82622-509 | § § § |
| Plaintiff, | § § |
| v. | §   CIVIL ACTION NO. H-24-4983 |
| DONALD ROSS, *et al.*, | § § § |
| Defendants. | § |

## ORDER

Jacobs has filed a motion requesting the appointment of counsel. *See* Docket Entry No. 2. Because the court is still in the process of screening the complaint as required by the Prison Litigation Reform Act, the motion, Docket Entry No. 2, is denied without prejudice at this time. As the case progresses, the court will reconsider the request for counsel on its own motion.

Jacobs has also filed a motion requesting a 60-day extension to comply with the Clerk's Notice of Deficient Pleading. *See* Docket Entry No. 6. The motion, Docket Entry No. 6, is granted. Jacobs must comply with the Clerk's Notice of Deficient Pleading by **March 24, 2025**.

SIGNED on January 22, 2025, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge