PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

United States Courts
Southern District of Texas
F I L E D

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF TEXAS
__Southern__ DIVISION

FEB 0 4 2025

Nathan Ochsner, Clerk of Court

__Lynnette Jacobs 82622509__
Plaintiff's Name and ID Number

__Aliceville AL camp__
Place of Confinement

AMENDED

CASE NO. __4:24-CV-04983__
(Clerk will assign the number)

v.

__Donald Ross Education teacher Bryan TX__
Defendant's Name and Address

__Bureau of Prisons Bryan TX__
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES **X** NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
        1. Approximate date of filing lawsuit:_____
        2. Parties to previous lawsuit:
           Plaintiff(s)_____
           Defendant(s)_____
        3. Court: (If federal, name the district; if state, name the county.)_____
        4. Cause number:_____
        5. Name of judge to whom case was assigned: _____
        6. Disposition: (Was the case dismissed, appealed, still pending?) _____
        7. Approximate date of disposition:_____

II.   PLACE OF PRESENT CONFINEMENT: Aliceville AL Camp

2

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? _X_ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Lynnette Jacobs

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Donald Ross Education Teacher
1100 Ursuline Ave Bryan TX 77803

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #2: BOP Bureau of prisons
1100 Ursuline Ave Bryan TX 77803

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. STATEMENT OF CLAIM:

3

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

※ I would like my case to be sealed as Jane Doe ※ From February 2023 to December 2023 while incarcerated at Bryan Tx Federal prison, Plaintiff was subjected to unwanted sexual advances and assault by Donald Ross. The incidents primarily took place in the education building where there were no security cameras present, enabling Ross to exploit his position of authority. Ross coerced plaintiff by leveraging my employment as an inmate. He made clear that my job was at risk if I did not comply with his unwanted sexual advances. The sexual assaults by Ross constituted a severe violation of the Plaintiff's right under the eighth Amendment which protects against cruel and unusual punishment. The bop had a duty to ensure the safty and constitutional rights of its inmates yet failed in this duty by not providing adequate oversite, particularly in an environment vulnerable to abuse.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensatory damages against Donald Ross for violations of Constitutional Rights. Compensatory damages against the Bureau of Prisons for failing to protect me from sexual assault. Punitive damages against the individual defendant. Any further relief that this court deems just and equitable. $5mil

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Lynnette Marie Jacobs

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

82622509

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ___YES  X  NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied?   ___YES  X  NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?   ____YES  X NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____

   2. Case number: _____

   3. Approximate date warning was issued: _____

Executed on: 1/20/25
           DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 20th day of January, 20 25.
     (Day)             (month)     (year)

_____
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

12-06-24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Lynnette Jacobs
Reg: 82622-509
SPC Aliceville
P.O. Box 487
Aliceville, AL 35442
"Plaintiff"

v

Donald Ross, Education Teacher
Bryan, TX Federal Prison
and
Bureau of Prisons (BOP)
"Defendants"

## BIVENS COMPLAINT FOR VIOLATION OF PRISONER CIVIL RIGHTS

### I. INTRODUCTION

1. This is a civil rights action brought under Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403. U.S. 388(1971), for violations of the Eighth Amendment of the United States Constitution arising from sexual assault and failure to protect. This complaint arises from incidents of severe sexual abuse and assault that occurred while Plaintiff was in custody at the Bryan, Texas federal prison from February 2023 to December 2023.

### II. JURISDICTION AND VENUE

2. This court has jurisdiction over this action pursuant to 28 U.S.C. SS 1331, as it arised under the Constitution and laws of the United States.
3. Venue is proper in this Court pursuant to 28 U.S.C. SS 1391, as the events giving rise to this claim occurred within the jurisdiction of the Southern District of Texas.

### III. PARTIES

4. Plaintiff, Lynnette Jacobs, is a federal prisoner currently incarcerated at Aliceville Federal Correctional Institution, Aliceville, AL Camp.
5. Defendant, Donald Ross, is an Education Teacher at Bryan, Texas Federal Prison, and was acting under the color of law at all relevant times.
6. Defendant, Bureau of Prisons (BOP), a federal agency of the United States responsible for the incarceration and rehabilitation of federal inmates in facilities under its management.

### IV. FACTUAL ALLEGATIONS

7. From February 2023 to December 2023, while incarcerated at the Bryan, TX federal prison, Plaintiff was subjected to unwanted sexual advances and assault by Donald Ross.
8. The incidents primarily took place in the education building, where there were no security cameras present, enabling Ross to exploit his position of authority.
9. Ross coerced Plaintiff by leveraging her employment as an inmate. He made it clear that her job was at risk if she did not comply with his unwanted sexual advances.
10. The sexual assaults by Ross constituted a severe violation of Plaintiff's rights under the Eighth Amendment, which protects against cruel and unusual punishment.

11. The BOP had a duty to ensure the safety and constitutional rights of its inmates yet failed in this duty by not providing adequate oversight, particularly in an environment vulnerable to abuse.

## V. CAUSES OF ACTION

Violation of Eight Amendment Rights
12. Plaintiff incorporates the preceding paragraphs as it fully set forth herein.
13. Defendants acted with deliberate indifference to the Plaintiff's constitutional rights by allowing a pattern of sexual abuse to occur and failing to act on complaints made about Ross's behavior.
14. As a result of Defendants' actions, Plaintiff has suffered severe emotion distress, humiliation, and physical harm.

## VI. REQUEST FOR RELIEF

15. Plaintiff Lynnette Jacobs respectfully requests that this Court issue the following relief:
    a. Compensatory damages against Donald Ross for the violations of her constitutional rights;
    b. Compensatory damages against the Bureau of Prisons for failing to protect her from sexual assault;
    c. Punitive damages against the individual Defendant;
    d. Any further relief that this Court deems just and equitable.

## VII. CONCLUSION

16. In light of the egregious nature of the violations committed against Plaintiff, she respectfully requests that this Complaint be filed immediately for the sake of justice and accountability.

Respectfully submitted,

Lynnette Jacobs

*/s/ Lynnette Jacobs*



### Individualized Needs Plan - Program Review   (Inmate Copy)

SEQUENCE: 02308899

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: JACOBS, LYNNETTE MARIE   82622-509

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 01-05-2023 |
| YES F/S | CLEARED FOR FOOD SERVICE | 01-05-2023 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| ED WAIT RJ | DRUG EDUCATION WAIT-RQ JUDREC | 11-04-2024 |
| NR WAIT | NRES DRUG TMT WAITING | 10-28-2024 |

**FRP Payment Plan**

Most Recent Payment Plan

FRP Assignment:     PART     FINANC RESP-PARTICIPATES     Start: 12-28-2022

Inmate Decision: AGREED     $35.00     Frequency: QUARTERLY
Payments past 6 months:     $0.00     Obligation Balance: $9,129.39

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

| | | | | | |
|---|---|---|---|---|---|
| 2 | REST NV | $5,315.09 | $5,129.39 | IMMEDIATE | AGREED |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

| | | | | | |
|---|---|---|---|---|---|
| 3 | FINE | $4,000.00 | $4,000.00 | IMMEDIATE | AGREED |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

**FRP Deposits**

Trust Fund Deposits - Past 6 months:   $650.00          Payments commensurate?   Y

New Payment Plan:   ** No data **

**Current FSA Assignments**

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 11-04-2024 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 12-19-2022 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 12-19-2022 |
| N-COGNTV N | NEED - COGNITIONS NO | 12-19-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 10-21-2024 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 11-05-2024 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 12-19-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 10-19-2024 |
| N-MEDICL Y | NEED - MEDICAL YES | 11-04-2024 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 11-04-2024 |
| N-TRAUMA Y | NEED - TRAUMA YES | 12-28-2022 |
| R-MED | MEDIUM RISK RECIDIVISM LEVEL | 11-05-2024 |

**Progress since last review**

Initial Team

**Next Program Review Goals**

Maintain clear conduct, enroll in FSA Understanding your Feelings and/or an FSA medical class, and save at least $150.00 in your account by next

Lynnette Jacobs 82622509
Aliceville SPC
PO Box 487
Aliceville AL 35442

United States Courts
Southern District

FEB 0 4 2025

Nathan Ochsner, Clerk of Court

Clerk of Court
PO Box 61010
Houston TX 77208